# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JAMES E. LEADBITTER AND TAMMY M. LEADBITTER, HIS WIFE | : No. 86 WAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the Superior Court |
| | : |
| | : |
| KEYSTONE ANESTHESIA CONSULTANTS, LTD., A CORPORATION, CHRISTOPHER MERCK, D.O., AJOY KATARI, M.D., JOHN P. WELDON, M.D., LAURA V. MCNEILL, M.D., AND ST. CLAIR HOSPITAL | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| CARMEN PETRAGLIA, M.D. AND SOUTH HILLS ORTHOPAEDIC SURGERY ASSOCIATES, A CORPORATION | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: ST. CLAIR HOSPITAL | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1) Whether the Superior Court's holding directly conflicts with the Pennsylvania Peer Review Protection Act, 69 P.S. §§ 425.1, *et seq.*, and misapplies *Reginelli v. Boggs*, 181 A.3d 293 (Pa. 2018), by ordering the production of acknowledged "peer review documents" solely because they were maintained in a physician's credentialing file?

(2)     Whether the Superior Court's holding directly conflicts with the Federal Healthcare Quality improvement Act, 42 U.S.C. § 11137(B)(1), and federal regulations which protect from disclosure, responses to statutorily-required inquiries of the national practitioner data bank, by ordering the production of such documents solely because they were maintained in physician's credentialing file?